**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Vienna Woods Estates, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **90-1012984** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6167 Silverleaf Drive**<br>**Foresthill, CA 95631**<br>Number, Street, City, State & ZIP Code | **P O Box 704**<br>**Foresthill, CA 95631**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Placer**<br>County | Location of principal assets, if different from principal place of business<br>**Lots 4 - 21 Vienna Woods Estates**<br>**Auburn CA**<br>**APN 054-040-087-000, 054040086-000,**<br>**054-040-089-000, etc Auburn, CA 95603**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Vienna Woods Estates, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Thomas W. Hanagan** | Relationship | **President of managing member** |
|---|---|---|---|---|

---

Debtor    **Vienna Woods Estates, LLC**
          Name                                          Case number (*if known*)

          District    **Eastern District of**       When    **11/22/19**      Case number, if known    **19-27254-A-7**
                      **California**

Debtor   **Vienna Woods Estates, LLC**                          Case number (*if known*) _____
_____
         Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**   _____
                       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

            Contact name   _____

            Phone   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Vienna Woods Estates, LLC**                                    Case number (*if known*) _____
         Name

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2020**
              MM / DD / YYYY

X _____                    **Thomas Hanagan**
Signature of authorized representative of debtor       Printed name

Title _____

**18. Signature of attorney**

X _____                    Date   **June 26, 2020**
Signature of attorney for debtor                             MM / DD / YYYY

**Mark A. Wolff 175570**
Printed name

**Wolff & Wolff**
Firm name

**8861 Williamson Drive, Suite 30**
**Elk Grove, CA 95624**
Number, Street, City, State & ZIP Code

Contact phone   **916 714-5050**       Email address   **attorneys@wolffandwolff.com**

**175570 CA**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **Vienna Woods Estates, LLC**                                          Case No. _____
_____              Chapter   **7**
                                Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $          **5,000.00** |
| Prior to the filing of this statement I have received | $          **5,000.00** |
| Balance Due | $              **0.00** |

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 30, 2020**
_____
*Date*

Mark A. Wolff 175570
*Signature of Attorney*
**Wolff & Wolff**
**8861 Williamson Drive, Suite 30**
**Elk Grove, CA 95624**
**916 714-5050   Fax: 916-714-5054**
**attorneys@wolffandwolff.com**
*Name of law firm*

---

| Fill in this information to identify the case: |
|---|
| Debtor name     **Vienna Woods Estates, LLC** |
| United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:     Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................     $     3,150,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................     $     1.61

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................     $     3,150,001.61

---

### Part 2:     Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $     1,353,400.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................     $     21,600.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................     +$     19,775,410.37

4. **Total liabilities** ..................................................................
   Lines 2 + 3a + 3b

   $     21,150,410.37

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vienna Woods Estates, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**3.     Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank .. 3371** | **Checking** | 3371 | **$1.61** |

**4.     Other cash equivalents** *(Identify all)*

**5.     Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$1.61**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Vienna Woods Estates, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Vienna Woods Estates, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Lots 4 through 21 of Vienna Woods Estates, Auburn CA 95603 054-560-004  -12155 Vienna Woods Lane , 054-560-005 - 12165 Vienna Woods Lane, 054-560-006, - 12175 Vienna Woods Lane 054-560-007 - 12185 Vienna Woods Lane , 054-560-008, - 12195 Vienna Woods Lane 054-560-009, - 12205 Vienna Woods Lane 054-560-010, - 12215 Vienna Woods Lane 054-560-011, - 12225 Vienna Woods Lane 054-560-012, - 12235 Vienna Woods Lane 054-560-013 - 12245 Vienna Woods Lane 054-560-014,  - 12210 Vienna Woods Lane 12180 Puma Place 054-560-015, - 12200 Vienna Woods Lane 12170 Puma Place 054-560-016, - 12190 Vienna Woods Lane 054-560-017,  - 12165 Puma Place 054-560-018,  - 12175 Puma Place 054-560-019,  - 12185 Puma Place 054-560-020, - 12195 Puma Place 054-560-021 - 12205 Puma Place** | **fee simple** | **$0.00** | **$3,150,000.00** |

| | | | |
|---|---|---|---|
| 56. | **Total of Part 9.** | | **$3,150,000.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 3

| Debtor | **Vienna Woods Estates, LLC** | Case number *(If known)* | _____ |
|--------|-------------------------------|--------------------------|----------------|
|        | Name                          |                          |                |

<span style="background:black;color:white;">Part 11:</span>    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Vienna Woods Estates, LLC**                  Case number *(If known)* _____
           Name

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $3,150,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1.61 | + 91b. $3,150,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,150,001.61 |

**Fill in this information to identify the case:**

Debtor name    **Vienna Woods Estates, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1**   **Gary Newsone, trustee of the Newsome tru** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **Lots 4 through 21 of Vienna Woods Estates, Auburn CA 95603** <br> **054-560-004   -12155 Vienna Woods Lane, 054-560-005 - 12165 Vienna Woods Lane, 054-560-006, - 12175 Vienna Woods Lane 054-560-007 - 12185 Vienna Woods Lane, 054-560-008, -** | **$1,350,000.00**     **$3,150,000.00** |
| **46 N. Second Street** <br> **Campbell, CA 95008** <br> Creditor's mailing address | **Describe the lien** <br> _____ <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | |
| _____ <br> Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** <br><br> **Last 4 digits of account number** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **1. Gary Newsone, trustee of the Newsome tru** <br> **2. Placer County Tax Collector** <br> **3. George E. Johnson II et al** | | |

| | | |
|---|---|---|
| **2.2**   **George E. Johnson II et al** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **Lots 4 through 21 of Vienna Woods Estates, Auburn CA 95603** <br> **054-560-004   -12155 Vienna Woods Lane, 054-560-005 - 12165 Vienna Woods Lane, 054-560-006, - 12175 Vienna Woods Lane 054-560-007 - 12185 Vienna Woods Lane, 054-560-008, -** | _____     **$3,150,000.00** |
| **c/o Michael A. Hackard** <br> **10630 Mather Blvd** <br> **Mather, CA 95655** | | |

Debtor    **Vienna Woods Estates, LLC**                    Case number (if known) _____
          _____
          Name

| Creditor's mailing address | Describe the lien |
|---|---|
| | **Lis Pendens** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| 2.3 | **Placer County Tax Collector** | Describe debtor's property that is subject to a lien | $3,400.00 | $3,150,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Lots 4 through 21 of Vienna Woods Estates, Auburn CA 95603** | | |
| | | **054-560-004  -12155 Vienna Woods Lane** | | |
| | | **, 054-560-005 - 12165 Vienna Woods Lane,** | | |
| | | **054-560-006, - 12175 Vienna Woods Lane** | | |
| | | **054-560-007 - 12185 Vienna Woods Lane** | | |
| | **2976 Richardson Dr.** | **, 054-560-008, -** | | |
| | **Auburn, CA 95603** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **property taxes** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,353,400.00

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PLM Loan Management** **46 N. Second Street** **Campbell, CA 95008** | Line **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Vienna Woods Estates, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | **$1,600.00** | **$1,600.00** |
|  | **Franchise Tax Board*** | | |
|  | **Bankruptcy Unit** | | |
|  | **PO Box 2952  MS A-340** | | |
|  | **Sacramento, CA 95812-2952** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Partnership fees and taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)
■ No
☐ Yes

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | Priority creditor's name and mailing address | **$20,000.00** | **$20,000.00** |
|  | **Internal Revenue Service*** | | |
|  | **PO Box 7346** | | |
|  | **Philadelphia, PA 19101-7346** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**partnership fees and taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)
■ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Vienna Woods Estates, LLC** | | Case number (if known) | |
|--------|-------------------------------|--|------------------------|--|
| | Name | | | |

---

**3.1** Nonpriority creditor's name and mailing address

**Abacus Cunsulting**
**PO box 4248**
**Auburn, CA 95604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,890.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Allied Langdon Engineering**
**1650 Silica Ave**
**Sacramento, CA 95815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vienna Woods estates and Campoy LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Auburn Ravine Ventures LLC**
**500 Capitol Mall #2350**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **buyer Vienna Wood States phase II and III**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Bay City Concepts**
**100 Harrison Ave #158**
**Auburn, CA 95604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **floor plans - lots 7 and 8**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**California Water Resource Board**
**P O box 1888**
**Sacramento, CA 95812-1888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **anual permit fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Charlie Willard**
**3132 Spinning Rod Way**
**Sacramento, CA 95833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **equity partner**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Clarence Neville Watmore**
**Dept of Real Estate**
**1651 Exposition Blvd**
**Sacramento, CA 95813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Real estate investigator - Dept of Real Estate**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vienna Woods Estates, LLC** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Clean 4 Sale Inc**
**P O Box 704**
**Foresthill, CA 95631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business debt - option to purchase 1 lot at $75,000.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|

**Dan Collins**
**Collins Commercial**
**333 University Ave Ste 200**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **realtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,425,900.00 |
|---|---|---|---|

**David Durham**
**P O box 7347**
**Carmel by the Sea, CA 93921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vienna wood sestates lots 1, 2, and 3 foreclosed lender**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dillon Hanagan**
**PO box 158**
**Auburn, CA 95604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **equity partner - Clean 4 Sale**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

**Fineline Drafting**
**5777 Madison Ave #520**
**Sacramento, CA 95841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,831,408.00 |
|---|---|---|---|

**George E. Johnson II et al**
**c/o Michael A. Hackard**
**10630 Mather Blvd**
**Mather, CA 95655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vienna woods estates litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**George Johnson, LEG Enterprises**
**670 Coronado Blvd**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **membership - equity partner**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Vienna Woods Estates, LLC**_____          Case number (if known) _____
                        Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | _____ |

**3.15** Nonpriority creditor's name and mailing address
**Gloria Manchester**
**2443 Fair Oaks Blvd #437**
**Sacramento, CA 95825**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vienna woods estates, Campoy LLC, and**
**Cherokee Trial LLC**
**Fund control**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address                                          $615.00
**Guilani & Kull Inc**
**440 S. Yosemite Ave Ste A**
**Oakdale, CA 95361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address                                          $6,000.00
**Gularte & Associates**
**1049 Nichols Ct**
**Rocklin, CA 95765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vienna wood estates**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address                                          $4,850.00
**Holdrege & Kull**
**P O Box 74008680**
**Chicago, IL 60674**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address                                          $1,868.00
**Inman Law Group**
**520 Capitol Mall Suite 630**
**Sacramento, CA 95814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address                                          _____
**JB Land Company Inc**
**500 Capitol Mall #2350**
**Sacramento, CA 95814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **managing member Auburn Ravine Ventures LLC**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address                                          $0.00
**Jennifer Wilson**
**P O Box 158**
**Auburn, CA 95604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equity parner Clean 4 Sale**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Vienna Woods Estates, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,000.00 |
|---|---|---|---|

**Joan Wilson**
**P o bOX 1424**
**Loomis, CA 95650**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Realtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|

**Joseph Bertolino**
**P O box 4437**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **buyer Vienna Woods Estates Phase II and III**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,000.00 |
|---|---|---|---|

**King Engineering**
**200 Auburn Folsom Rd #201**
**Auburn, CA 95603**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vienna Woods estates**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Landmark Limited, LLC**
**1098 Sunrise Ave, Suite 160**
**Roseville, CA 95661**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**LEG Enterprises**
**670 Coronado Blvd**
**Sacramento, CA 95864**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt - Vienna Woods**
**Vienna Woods member**
**7.5% interest - non managing member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEG Investments**
**670 Coronado Blvd**
**Sacramento, CA 95864**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **non managing member 7.5%**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.00 |
|---|---|---|---|

**malcolm White Consulting**
**1306 Norwich Ct**
**Roseville, CA 95661**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vienna Woods Estates, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
|        | Name                          |                        |  |

**3.29** | Nonpriority creditor's name and mailing address

**Nautilus Construction**
**3150 Mercedes Pl**
**Roseville, CA 95747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vienna Woods Estates LLC, Campoy LLC, and Cherokee Trail LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address                                                                $350.00

**Norman Scheel**
**5022 Sunrise Blvd**
**Fair Oaks, CA 95628**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address                                                            $100,000.00

**Patrick Wait**
**1323 54th St**
**Sacramento, CA 95819**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **busines debt - Vienna Woods 3% - non managing member Equity investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address                                                          $1,760,000.00

**Philadelphia Indemnity Ins Co**
**251 S. Lane Ave #360**
**Pasadena, CA 91101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vienna woods estates and Campoy LLC- Road bond guarantees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**PLM Lender Service**
**46 N. Second St**
**Campbell, CA 95008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vienna woods estates - servicing fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address                                                            $49,100.00

**Polycomp Trust Company**
**3132 Spinning RodWay**
**Sacramento, CA 95833**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt - Vienna Woods 2.48% - non managing member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address                                                            $83,000.00

**Polycomp Trust Company**
**3132 Spinning RodWay**
**Sacramento, CA 95833**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt - Vienna Woods Estates Vienna Woods member 1.27% non managing member**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Vienna Woods Estates, LLC**　　　　　　　　Case number (if known) _____
　　　　　　Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | _____ |
|---|---|---|---|

**3.36**

Nonpriority creditor's name and mailing address
**Private Capital Group**
**99 Pacific St #555F**
**Monterey, CA 93940**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vienna Woods Estates**
**Cherokee Trail LLC - loan broker**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address
**Rivards Earthworks**
**5410 Wesley Court**
**Rocklin, CA 95765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.38**

Nonpriority creditor's name and mailing address
**Salix consulting**
**11601 Blocker Dr**
**Auburn, CA 95603**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services - Cherokee Trial LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.39**

Nonpriority creditor's name and mailing address
**Sean Hanagan**
**P O box 158**
**Auburn, CA 95604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equity partner Clean 4 Sale**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.40**

Nonpriority creditor's name and mailing address
**Surety Solutions Insurance Services**
**3225 Monier Circle #100**
**Rancho Cordova, CA 95742**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vienna woods estates - Road bond Guarantees**
**Campoy LLC Road Bond Guarantee**

Is the claim subject to offset? ■ No ☐ Yes

**$1,760,000.00**

---

**3.41**

Nonpriority creditor's name and mailing address
**Thomas Hanagan**
**PO box 704**
**Foresthill, CA 95631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equity partner**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42**

Nonpriority creditor's name and mailing address
**William J. Fimple**
**PO Box 1137**
**North Highlands, CA 95660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$401.37**

---

| Debtor | **Vienna Woods Estates, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wilson Real Estate**
**P O Box 1424**
**Loomis, CA 95650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **real estate broker**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **George Johnson**<br>**735 University Ave**<br>**Sacramento, CA 95825** | Line  **3.13**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **United States Department of Justice***<br>**Civil Trial Section, Western Region**<br>**Box 683, Ben Franklin Station**<br>**Washington, DC 20044** | Line  **2.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **US Attorney*.**<br>**For the Internal Revenue Service**<br>**501 I Street, Suite 10-100**<br>**Sacramento, CA 95814** | Line  **2.2**<br><br>☐  Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  21,600.00 |
| 5b. Total claims from Part 2 | 5b. + | $  19,922,995.37 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $  19,944,595.37 |

Fill in this information to identify the case:

Debtor name    **Vienna Woods Estates, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **open escro for purchase of lots** |
| | State the term remaining | |
| | List the contract number of any government contract | **Auburn Ravine Ventures LLC**<br>**500 Capitol Mall #2350**<br>**Sacramento, CA 95814** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **listing agreement**<br>**On hold due to**<br>**partnership disputes** |
| | State the term remaining | **September 30, 2020** |
| | List the contract number of any government contract | **Wilson Real Estate**<br>**P O Box 1424**<br>**Loomis, CA 95650** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **Vienna Woods Estates, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **George E. Johnson II et al** | **c/o Michael A. Hackard 10630 Mather Blvd Mather, CA 95655** | **Philadelphia Indemnity Ins Co** | ☐ D ____ ■ E/F __3.34__ ☐ G ____ |
| 2.2 | **George E. Johnson II et al** | **c/o Michael A. Hackard 10630 Mather Blvd Mather, CA 95655** | **Surety Solutions Insurance Services** | ☐ D ____ ■ E/F __3.42__ ☐ G ____ |
| 2.3 | **LEG Enterprises** | **670 Coronado Blvd Sacramento, CA 95864** | **Philadelphia Indemnity Ins Co** | ☐ D ____ ■ E/F __3.34__ ☐ G ____ |
| 2.4 | **LEG Enterprises** | **670 Coronado Blvd Sacramento, CA 95864** | **Surety Solutions Insurance Services** | ☐ D ____ ■ E/F __3.42__ ☐ G ____ |
| 2.5 | **Thomas Hanagan** | **PO box 704 Foresthill, CA 95631** | **Polycomp Trust Company** | ☐ D ____ ■ E/F __3.36__ ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor      **Vienna Woods Estates, LLC**                                        Case number *(if known)* _____

███ **Additional Page to List More Codebtors**

    Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
    *Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | **Thomas Hanagan** | **PO box 704**<br>**Foresthill, CA 95631** | **Surety Solutions**<br>**Insurance Services** | ☐ D _____<br>■ E/F  **3.42**<br>☐ G _____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name **Vienna Woods Estates, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2020**          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Thomas Hanagan**
                                          Printed name

                                          _____
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy